# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Bruce Tory

                       Plaintiff,

v.                                                Case No.: 1:10–cv–07326
                                                Honorable Philip G. Reinhard

First Premier Bank, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 14, 2011:

      MINUTE entry before Honorable P. Michael Mahoney: Telephonic Discovery hearing held on 10/14/2011. Telephonic Discovery Hearing set for 1/6/2012 at 10:00 AM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.